SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE LUIS FONSECA-RAMIREZ, <br><br> Petitioner, <br><br> v. <br><br> ALBERTO GONZALES, Attorney General, <br><br> Respondent. | Case No. 06-6908-EDL <br><br> STIPULATION TO EXTEND FACT DISCOVERY CUT-OFF DATE |

The petitioner, by and through his attorney of record, and respondent, by and through his attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date by which all non-expert discovery shall be completed from June 15, 2007, to July 13, 2007, in light of the fact that the petitioner was unable to provide his initial disclosures to the respondent until May 7, 2007, despite the fact that they were due within one week of the February 20, 2007 case management conference.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 18, 2007 | /s/<br>JAMES TODD BENNETT, ESQ. |
| 3 | | Attorney for Petitioner |

Dated: May 18, 2007        SCOTT N. SCHOOLS
                           United States Attorney

                           /s/
                           EDWARD A. OLSEN
                           Assistant United States Attorney

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 30, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge